In the Matter of the Claim of ANNA WALSH against BROOKLYN DAILY EAGLE et al., Respondents. STATE INDUSTRIAL BOARD, Appellant.

(Submitted October 3, 1933; decided October 17, 1933.)

*John J. Bennett, Jr., Attorney-General* (*Henry Epstein* and *John R. O'Hanlon* of counsel), for State Industrial Board, appellant.

*Jeremiah F. Connor* for employer-respondent.

No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.